The People of the State of Illinois ex rel. G. H. Glinke, appellee, v. City of Chicago and Christian Paschen, building commissioner, appellants. Gen. No. 32,617.

Opinion filed October 11, 1928.

Samuel A. Ettelson, Corporation Counsel, and Frank J. Corr, Assistant Corporation Counsel, for appellants; George F. Barrett, Charles V. Barrett and William C. Wermuth, of counsel. Ralph O. Butz, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Maurice Alschuler, appellee, v. Harry H. Field & Company et al., appellants. Gen. No. 32,679.

Opinion filed October 11, 1928.

Isaac B. Lipson, for appellants; Randolph Thornton, of counsel. Maurice Alschuler, pro se.

Mr. Presiding Justice Gridley delivered the opinion of the court.

James G. Sheridan, appellant, v. James H. Poage, appellee. Gen. No. 32,697.

Opinion filed October 11, 1928. Rehearing denied October 23, 1928.

Arthur W. Kettles and James G. Sheridan, for appellant. James H. Poage, pro se.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Walenty Szefc, appellant, v. Elizabeth Szefc, individually and as administratrix of the estate of Maryan Szefc, deceased, et al., appellees. Gen. No. 32,719.

Opinion filed October 11, 1928.

Albert S. O'Sullivan and Irvin W. Sippel, for appellant. Charles A. Churan, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

B. F. Lindheimer et al., appellees, v. William F. Boeger, appellant. Gen. No. 32,518.